BEFORE THE SECOND DIVISION, MAY 24, 1960

**No. 64231.**—S. P. Skinner Co., Inc. *v.* United States, protests 295896–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.

**No. 64232.**—Victory Shipping Co., Inc. *v.* United States, protest 59/24893 (New York).

Opinion by LAWRENCE, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.